CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: GULFPORT

COUNTY: HARRISON

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 1:15cr14 LG-RHW
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 23 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: SEAN H. ANTHONY

**U.S. ATTORNEY INFORMATION:**

AUSA  DMH          BAR # 99990

INTERPRETER:  _X_ NO  ___ YES  LIST LANGUAGE AND/OR DIALECT:

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _1_   ___ PETTY   ___ MISDEMEANOR   _1_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:371.F | 18: USC § 371 | CONSPIRACY | 1 |

Date: 2/23/15                SIGNATURE OF AUSA: [signature]

Revised 2/26/2010