PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                                             CRIMINAL NO.: 1:15cr14 LG-RHW

SEAN H. ANTHONY
(Wherever Found)

The Clerk of said Court will issue summons returnable on Tuesday, March 3, 2015, at 10:45 a.m., before the Honorable Robert H. Walker, United States Magistrate Judge, at 2012 15th Street, Gulfport, MS 39501, an Information against the above-named defendant having been filed in the above-entitled cause on February 23rd, 2015.

This 23rd day of February, 2015.

By:

GREGORY K. DAVIS
United States Attorney

D. MICHAEL HURST, JR.
Assistant United States Attorney
MS Bar #99990

Summons issued: _____