IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                  CRIMINAL NO.:    1:15cr14-HSO-RHW

SEAN H. ANTHONY

## ORDER OF RECUSAL

THIS MATTER COMES BEFORE THE COURT *sua sponte*, pursuant to Title 28 U.S.C. § 455. The undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participation in the above captioned cause.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the undersigned hereby recuses himself from further participation in this case.

**SO ORDERED AND ADJUDGED** this the 3rd day of March, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE