# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                                          **CRIMINAL NO. 1:15cr14-KS-RHW**

**SEAN H. ANTHONY**

## UNOPPOSED MOTION FOR PERMISSION TO SUBMIT FOR *IN CAMERA* REVIEW ONLY CERTAIN SENTENCING INFORMATION

The Defendant, Sean H. Anthony, files this Unopposed Motion for Permission To Submit For *In Camera* Review Only Certain Sentencing Information and in support would should the following:

1.

The Defendant, Sean H. Anthony, entered a plea of guilty to a one count Information on the 10th day of March, 2015.

2.

The sentencing hearing is scheduled for August 3, 2015. The Pre-Sentence Investigation Report has been completed and certified by the Defendant and his counsel as correct. The Defendant is desirous of submitting, for *in camera* review only, certain information touching upon the issue of cooperation during the course of the

1

investigation of several related and unrelated matters.  The sensitive, confidential, overriding and ongoing nature of the submitted information outweighs the right of public access.  As such, the information must be protected from the public domain and limited to *in camera* review only by the Court.  The Government [AUSA Ruth Morgan] advises it has no objection to the filing of this motion or the relief sought herein.  A copy of the *in camera* submission will be provided to the Government.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Sean H. Anthony, files this Motion for Permission To Submit For *In Camera* Review Only Certain Information and moves the Court to permit the Defendant, through his counsel, to submit for *in camera* review only information touching upon the issue of cooperation.

Respectfully submitted this 24th day of June, 2015.

                        SEAN H. ANTHONY

                        BY:  OWEN, GALLOWAY & MYERS, PLLC

                        /s/  *JOE SAM OWEN, MSB #3965*

OWEN, GALLOWAY & MYERS, PLLC
1414 25th Avenue
Post Office Drawer 420
Gulfport, Mississippi   39502-0420
Telephone:   (228) 868-2821
Facsimile:   (228) 864-6421
E-Mail:   jso@owen-galloway.com

## CERTIFICATE OF SERVICE

I, JOE SAM OWEN, of the law firm of Owen, Galloway & Myers, PLLC, counsel for Sean H. Anthony, do hereby certify that I have this date electronically filed the above and foregoing MOTION with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED THIS 24th day of June, 2015.

/s/ *JOE SAM OWEN, MSB #3965*

OWEN, GALLOWAY & MYERS, PLLC
1414 25th Avenue
Post Office Drawer 420
Gulfport, Mississippi 39502-0420
Telephone: (228) 868-2821
Facsimile: (228) 864-6421
E-Mail: jso@owen-galloway.com