IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 1:15cr14KS-RHW

SEAN H. ANTHONY

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America, through its undersigned Assistant United States Attorney, hereby files its unopposed Motion to Continue Sentencing Hearing.  The Government has spoken to Joe Sam Owen, counsel for defendant, who has stated he has no opposition to this motion.

The defendant is currently set to be sentenced on August 3, 2015.  A continuance of defendant's sentencing hearing, to a date past September 30, 2015, is requested in order to allow defendant to fulfill his obligations under the Plea Agreement and Plea Supplement entered in this case.

Respectfully submitted, this the 25th day of June, 2015.

GREGORY K. DAVIS
United States Attorney

By:      *s/ Ruth R. Morgan*
         Ruth R. Morgan
         Assistant U.S. Attorney
         MS Bar No. 1996
         1575 20th Avenue
         Gulfport, MS 39501
         Ph: (228)563-1560
         Fax: (228)563-1571
         E-mail:  Ruth.Morgan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2015, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which sent notification of such filing to all counsel of record.

   *<u>s/ Ruth R. Morgan</u>*
Ruth R. Morgan
Assistant U.S. Attorney